FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 14 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
TRUSTEES OF THE PAVERS AND ROAD BUILDERS :
DISTRICT COUNCIL WELFARE, PENSION, ANNUITY : 16-CV-4068 (ARR) (JO)
AND APPRENTICESHIP, SKILL IMPROVEMENT AND :
SAFETY FUNDS, :
:
               Plaintiff, : ORDER
  -against- :
:
BASE CONSTRUCTION CORP., :
:
              Defendant. :
---------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated June 20, 2017 from the Honorable James Orenstein, United States Magistrate Judge. ECF No. 31. The deadline for filing objections has passed, see id. at 10, and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Plaintiffs' motion for default judgment against defendant Base Construction Corp. is granted. The clerk of court is directed to enter judgment in the total amount of $40,793.72, consisting of $24,090.68 in unpaid contributions, $5,637.54 in interest on unpaid contributions, $5,637.54 in liquidated damages, $4,950.00 in attorneys' fees, and $477.96 in costs.

1

/s/ (ARR)
_____
Allyne R. Ross
United States District Judge

Dated: July 13, 2017
       Brooklyn, New York